No. 432, Misc.   LIETO v. TEXAS.   Court of Criminal Appeals of Texas.   Certiorari denied.

No. 434, Misc.   EPHRAIM v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 437, Misc.   WHALEN v. FRISBIE, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 440, Misc.   CHRISTINA v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 441, Misc.   PAUGH v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 303, Misc.   JAMES v. STATE OF WASHINGTON.   Supreme Court of Washington.   Certiorari denied.   MR. JUSTICE BLACK, MR. JUSTICE REED, and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *Joseph Forer* and *David Rein* for petitioners.   *George E. Flood* for respondent.

No. 334, Misc.   PENNSYLVANIA EX REL. JOHNSON v. DYE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.   *Valera Grapp* for petitioner.

No. 341, Misc.   MARELIA v. BURKE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted.   Petitioner *pro se.* *James W. Tracey, Jr.* and *John H. Maurer* for respondent.

No. 349, Misc.   BOYDEN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.